FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 13 2023
KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY SPLAWN | Criminal Information<br><br>No. 1:23-CR-0322 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 1, 2019, in the Northern District of Georgia and elsewhere, the defendant, ASHLEY SPLAWN, did knowingly devise and intend to devise a scheme and artifice to defraud, and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, and for the purpose of executing and attempting to execute such scheme and artifice, did with intent to defraud cause the transmission by means of wire communication in interstate and foreign commerce of certain writings, signs, signals, pictures, and sounds, to wit, by making unauthorized purchases of approximately $116,831.00 in event tickets, using a credit card, with account number ending in x2181, and in the name of D.L., all in violation of Title 18, United States Code, Section 1343.

### Forfeiture

1. Upon conviction of the offense alleged in this Information, the defendant, ASHLEY SPLAWN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, including, but not limited to, the following:

    (a)    MONEY JUDGMENT:    A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in this Information.

2. If, as a result of any act or omission of the defendant, any of the above-described property:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred to, sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property, which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
  *United States Attorney*

*Michael Herskowitz*
MICHAEL HERSKOWITZ
  *Assistant United States Attorney*
Georgia Bar No. 349515

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000