# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00322-SEG
### USA v. Splawn
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 05/01/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:55 P.M.
TIME IN COURT: 0:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
USPO: Wesley J. Puckett
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| DEFENDANT: | [1] Ashley Splawn Present at proceedings |
| ATTORNEYS PRESENT: | Michael Herskowitz representing USA<br>Holly Hughes representing Ashley Splawn |
| PROCEEDING CATEGORY: | Sentencing Hearing (Non-evidentiary) |
| MINUTE TEXT: | Having no objections to the amended presentence report, the Court adopted the findings of fact and conclusions of law. There were no objections to the guideline calculations. The Court granted the parties' joint request for a 2-level downward variance and then recalculated the guidelines. The Court heard arguments from the parties regarding their recommended sentence. Scott Wilkinson, Executive Vice President for the Atlanta Hawks, addressed the Court. Defendant and Defendant's partner, Chevelle Douglas, addressed the Court. Sentence was imposed. Government had no objections to Defendant remaining on bond pending voluntary surrender. The Court will make a recommendation to the BOP regarding Defendant's placement. Defendant was informed of her appeal rights. Judgment and Commitment to follow. |
| HEARING STATUS: | Hearing Concluded |