# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number:  1:23-cr-00322-SEG-1 |
| | USM Number:  82091-510 |
| ASHLEY SPLAWN | |
| | Holly Beth Hughes |
| | Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to Count 1.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$100.00** which shall be due immediately.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

May 1, 2024
Date of Imposition of Judgment

*[signature]*
Signature of Judge

SARAH E. GERAGHTY
U. S. DISTRICT JUDGE
Name and Title of Judge

May 2, 2024
Date

DEFENDANT:  ASHLEY SPLAWN  
CASE NUMBER:  1:23-cr-00322-SEG-1                    Judgment -- Page **2** of **6**

Judgment in a Criminal Case  
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  **8 MONTHS** as to Count 1.

The Court recommends that the Bureau of Prisons designate the defendant to an institution as close as possible to Atlanta, Georgia.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshals Service. Until that time, the defendant shall remain on bond with the same conditions of supervision as previously set.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEPUTY UNITED STATES MARSHAL

DEFENDANT:  ASHLEY SPLAWN  
CASE NUMBER:  1:23-cr-00322-SEG-1                                                                          Judgment -- Page **3** of **6**

Judgment in a Criminal Case  
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **ONE (1) YEAR** as to Count 1.

Within 72 hours of release from the custody of the Bureau of Prisons, you shall report in person to the probation office in the district to which you are authorized to reside unless the probation officer instructs you to report to a different probation office or within a different time frame.

## MANDATORY CONDITIONS

You must comply with the mandatory conditions of release:

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. The mandatory drug testing condition is waived, as this is not a drug related offense and the defendant does not have a history of substance abuse.

4. You must cooperate in the collection of DNA as directed by the probation officer.

5. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

You must comply with the standard conditions that have been adopted by this Court as well as with any other conditions on the attached pages.

DEFENDANT:   ASHLEY SPLAWN
CASE NUMBER: 1:23-cr-00322-SEG-1                                                                                        Judgment -- Page **4** of **6**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at:  www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.


Defendant's Signature  _____  Date  _____

USPO's Signature          _____  Date  _____

DEFENDANT:   ASHLEY SPLAWN
CASE NUMBER:  1:23-cr-00322-SEG-1                                                                                      Judgment -- Page **5** of **6**

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

1. You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

2. You must pay any ordered financial penalties in accordance with the Schedule of Payments sheet of the Judgment. You must notify the Court of any changes in economic circumstances that might affect your ability to pay this financial penalty imposed.

3. You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office.

4. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

DEFENDANT:  ASHLEY SPLAWN
CASE NUMBER: 1:23-cr-00322-SEG-1                                                                                      Judgment -- Page **6** of **6**

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# FINE

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

# RESTITUTION

It is further ordered that you pay restitution in the amount of $1,123,115.00 to the following victims:

| Victim | Address | Amount |
|---|---|---|
| Atlanta Hawks | c/o Scott Wilkinson, CLO<br>101 Marietta Street<br>Suite 1900<br>Atlanta, Georgia 30303 | $305,651.91 |
| American Express | c/o Federico Pérez Irizarry<br>1801 N.W. 66th Avenue<br>Suite 103<br>Mail code: FL03-58<br>Plantation, Florida 33313 | $592,463.09 |
| Liberty Mutual Insurance | c/o John Alberti<br>28 Liberty Street<br>5th Floor<br>New York, New York 10005 | $225,000 |

Any portion of the restitution that is not paid in full at the time of your release from imprisonment, shall become a condition of supervision and be paid at the monthly rate of at least $250.

You shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.